Chicago & Western Indiana Railroad Company, appellant, v. Calumet & South Chicago Railway Company and Chicago City Railway Company, appellees. Gen. No. 26,454.

Assumpsit to recover the amount of a judgment against plaintiff for personal injuries in a collision between plaintiff's railroad train and defendants' street car. Judgment for defendants. Appeal from the Municipal Court of Chicago; the Hon. Wells M. Cook, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Affirmed. Opinion filed November 29, 1921.

Worth E. Caylor, for appellant. George W. Miller, for appellees.

Mr. Presiding Justice Gridley delivered the opinion of the court.

J. B. Moos, appellee, v. H. A. Austin Company, appellant. Gen. No. 26,462.

Action on a lease for rent due. Judgment for plaintiff by confession. Motion to set aside judgment overruled. Appeal from the Municipal Court of Chicago; the Hon. Charles A. Williams, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Reversed and remanded. Opinion filed November 29, 1921.

G. A. Buresh, for appellant. Sonnenschein, Berkson, Lautmann & Levinson, for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.

Belle R. Loeb, appellant, v. Motor Body Trimming Company and Jesse M. Chauncey, appellees. Gen. No. 26,524.

Action of forcible detainer. Judgment for plaintiff for possession. Appeal from the Municipal Court of Chicago; the Hon. Arnold Heap, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Affirmed. Opinion filed November 29, 1921.

Adler, Lederer & Beck, for appellant. Hoag & Ullmann, for appellees.

Mr. Presiding Justice Gridley delivered the opinion of the court.

John O. Kelly, appellee, v. John Stamos et al., appellants. Gen. No. 26,610.

Action for the value of articles missing from plaintiff's trunk while held by defendants as security. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John Richardson, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Reversed with finding of facts. Opinion filed November 29, 1921.

John J. Poulton and Thomas A. Green, for appellants; Thomas A. Green, of counsel. No appearance for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.